IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHAPTER 4 CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>SUPREMEOUTLETS.US.COM, et al.,<br><br>    Defendants. | Case No. 19-cv-06990<br><br>**Judge Charles R. Norgle**<br><br>**Magistrate Judge Jeffrey Cummings** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Chapter 4 Corp. ("Plaintiff") hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Jueshuai Entertainment Store | 13 |
| diy_smart | 66 |
| huisutong | 72 |
| morethingsell | 76 |
| skyfull1992 | 78 |
| myou22 | 85 |
| SIMDOG | 87 |

Dated this 18th day of December 2019.	Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Chapter 4 Corp.*